```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

VICTORIA DICKS, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,

                         Plaintiffs,

   -v.-

PURPLE AND GOLD SPORTS SHOP, LLC,

                         Defendant.

-------------------------------------------------------------------------x

Civil Action No:
22-cv-8159 (JMF) (VF)

The action is dismissed with prejudice. The Clerk of Court is directed to terminate the case. SO ORDERED.

*Jennifer H. Rearden*
April 28, 2023

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** April 26, 2023

| For Plaintiff Victoria Dicks | For Defendant Purple and Gold Sports Shop, LLC |
|---|---|
| *s/Mars Khaimov*_____<br>Mars Khaimov<br>Mars Khaimov Law, PLLC<br>108-26 64th Avenue, Second Floor<br>Forest Hills, NY 11375<br>Ph: (929) 324-0717<br>mars@khaimovlaw.com | *s/David Stein*_____<br>David Stein<br>Stein & Nieporent LLP<br>1441 Broadway, Suite 6090<br>New York, NY 10018<br>Ph: (212) 308-3444<br>dstein@steinllp.com |

## **CERTIFICATE OF SERVICE**

I certify that on April 26, 2023, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mars Khaimov*

Mars Khaimov
Mars Khaimov Law, PLLC
108-26 64th Avenue, Second Floor
Forest Hills, NY 11375
*Attorneys for Plaintiff*